**UNITED STATES of America, Plaintiff—Appellee,**

v.

**George Willie DAVIS, Defendant— Appellant.**

No. 12–6752.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

George Willie Davis, Appellant Pro Se. Jessica M. Norris, Special Assistant United States Attorney, Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Willie Davis appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Davis*, No. 4:08–cr–00133–RAJ–TEM–1 (E.D. Va. filed Apr. 5, 2012 & entered Apr. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*